UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CHARLYN BELCHER, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | |
| | : | No. 09-01212 |
| v. | : | |
| | : | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a CIGNA, | : | Judge Gary L. Lancaster |
| | : | |
| Defendant. | : | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated, by and between counsel for Plaintiff Charlyn Belcher, and Defendant Life Insurance Company of North America, that all the claims set forth against the Defendant in the above-captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Except as provided by agreement, the parties shall bear their own attorneys' fees and costs.

/s/ Gregory G. Paul
Gregory G. Paul (ID No. 83334)
Morgan & Paul, PLLC
409 Broad Street, Suite 270
Sewickley, PA 15143
412.259.8375
888.822.9421 (fax)
gregorygpaul@gmail.com

Attorney for Plaintiff

/s/ Stephanie R. Reiss
Stephanie R. Reiss (ID No. 88316)
John G. Ferreira (ID No. 39223)
MORGAN, LEWIS & BOCKIUS LLP
32nd Floor, One Oxford Centre
Pittsburgh, PA 15219
412.560.3300
412.560.7001 (fax)
sreiss@morganlewis.com
jferreira@morganlewis.com

Attorneys for Defendant Life Insurance Company of North

SO ORDERED, this 14 day of June, 2010.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge